IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SOOKBOX LLC,<br><br>          Plaintiff,<br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC.<br>and SAMSUNG ELECTRONICS CO., LTD.<br><br>          Defendants. | Case No. 2:25-CV-00562-JRG-RSP |

**JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLMENT**

Plaintiff Sookbox LLC ("Plaintiff") and Defendants Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd. (together, "Samsung") (collectively, "the Parties") file this Joint Motion to Stay All Deadlines and Notice of Settlement and would show the Court as follows:

The Parties have agreed to a settlement in principle that will settle all matters in controversy between the Parties. The Parties are in the process of finalizing the documents pertaining to the settlement. The Parties wish to conclude the settlement proceedings without burdening the Court with any additional filings and without incurring unnecessary expense. The Parties anticipate that they will be able to submit dismissal papers within thirty (30) days from the date of this filing. Accordingly, the Parties respectfully request that the Court grant a stay of all proceedings, including all pending deadlines between the Parties and with the Court until October 12, 2025.

The Parties submit that good cause exists for granting this Motion, as set forth above. The Motion is not filed for the purposes of delay but rather so that justice may be served. The Parties have met and conferred and are jointly seeking the relief sought in this Motion.

WHEREFORE, the Parties respectfully request that the Court enter the proposed order submitted with this Motion and grant the Parties such other and further relief to which they are entitled.

Dated: September 12, 2025

Respectfully submitted,

/s/ Peter Lambrianakos
_____
Peter Lambrianakos
New York Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
New York Bar No. 4557435
Email: vrubino@fabricantllp.com
Jacob Ostling
New York Bar No. 5684824
Email: jostling@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile:  (212) 257-5796

*Attorneys for Plaintiff*
*Sookbox LLC*

/s/ Melissa R. Smith
_____
Melissa R. Smith
Texas Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Ave.
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorney for Defendants*
*Samsung Electronics Co., Ltd. and*
*Samsung Electronics America, Inc.*

**CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Samsung met and conferred with counsel for Plaintiff to discuss the substantive relief sought in this Motion pursuant to Local Rule CV-7(h).  The Parties are jointly seeking the relief sought in this Motion.

*/s/ Melissa R. Smith*
Melissa R. Smith

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5 on September 12, 2025.  As of this date, all counsel of record who have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3)(A).

*/s/ Melissa R. Smith*
Melissa R. Smith