# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| SOOKBOX LLC,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS AMERICA, INC. and SAMSUNG ELECTRONICS CO., LTD.<br><br>　　　　　Defendants. | Case No. 2:25-CV-00562-JRG-RSP |

## ORDER

Before the Court is Plaintiff Sookbox LLC's and Defendants Samsung Electronics America, Inc.'s and Samsung Electronics Co., Ltd.'s Joint Motion to Stay All Deadlines and Notice of Settlement. After consideration of the same, the Court is of the opinion that the Motion should be and is hereby **GRANTED**.

The Court **ORDERS** that all deadlines between Plaintiff Sookbox LLC and Defendants Samsung Electronics America, Inc. and Samsung Electronics Co., Ltd., including the deadlines with the Court, are **STAYED** for thirty (30) days, during which time the appropriate dismissal papers are to be filed with the Court.